**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE ALFREDO MARTINEZ DE LA ROSA**, *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, Warden of Philadelphia Federal Detention Center; JOHN E. RIFE, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; THE U.S. DEPARTMENT OF HOMELAND SECURITY; THE EXECUTIVE OFFICE OF IMMIGRATION REVIEW**, *Respondents*. | **Civil No. 26-4024** |

**ORDER**

**AND NOW**, this 12th day of June, 2026, upon consideration of the Petition of Jose Alfredo Martinez de la Rosa for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Government shall respond to the petition by June 19, 2026. Petitioner shall file his reply, if any, on or before June 26, 2026.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge