**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE ALFREDO MARTINEZ DE LA ROSA**, <br> *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia; JOHN E. RIFE, in his official capacity as Acting Field Office Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, THE U.S. DEPARTMENT OF HOMELAND SECURITY; THE EXECUTIVE OFFICE OF IMMIGRATION REVIEW,** <br> *Respondents.* | **Civil No. 26-4024** |

**ORDER**

**AND NOW**, this 26th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Jose Alfredo Martinez de la Rosa and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Martinez de la Rosa is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government shall **RELEASE** Martinez de la Rosa from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on June 27, 2026.

4. The Government is temporarily enjoined from re-detaining Martinez de la Rosa for seven days following his release from custody.

5. If the Government chooses to pursue re-detention of Martinez de la Rosa after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

MARY KAY COSTELLO, J.